1024

[No. 24994-1-I. Division One. July 6, 1992.]

*In the Matter of the Estate of*
EVELYN BEATRICE DUBAC.

RICHARD DUBAC, *Appellant*, v. LUCIE HADDEN,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-4-00609-7, Robert E. Dixon, J., entered October 26, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Forrest and Agid, JJ.

[No. 27493-7-I. Division One. July 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO GARCIA-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04464-1, Terrence A. Carroll, J., entered December 18, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Forrest, JJ. Now published at 67 Wn. App. 492.

[No. 28977-2-I. Division One. July 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE DION WALLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-05158-9, Faith Enyeart, J., entered July 15, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Scholfield and Pekelis, JJ.